# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1391
_____

Jose Triminio Zapata,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the County Court for Escambia County.
Charles P. Young, Judge.

June 7, 2024

Per Curiam.

Affirmed.

Lewis, M.K. Thomas, and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler K. Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.